**MCGLINCHEY STAFFORD**
Victor L. Matthews, Esq.
112 West 34th Street, Suite 1515
New York, NY 10120
Tel: 646-362-4040
Email: vmatthews@mcglinchey.com
*Attorneys for Comenity Bank*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAYRA GATICA,<br><br>　　　　　　　　　Plaintiff<br><br>　　-v-<br><br>COMENITY BANK,<br><br>　　　　　　　　　Defendant. | Civil Action No.:<br><br>17-cv-00688-WJM-MF |

### STIPULATION TO DISCONTINUE ACTION

This Stipulation is made and entered into to be effective as of the last date signed below, by and between the respective attorneys for plaintiff MAYRA GATICA ("Plaintiff") and defendant COMENITY BANK ("Defendant").

**WHEREAS**, Plaintiff commenced this action against Defendant on February 1, 2017, asserting one cause of action arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA"); and

**WHEREAS**, Defendant filed an Answer to Complaint on March 10, 2017; now therefore

**NOW, THEREFORE**, it is hereby stipulated and agreed as follows:

1.　　Plaintiff's claims that were or could have been asserted in this action are hereby dismissed with prejudice and without fees, costs, or disbursements being awarded or recovered by either party or their respective counsel of record against the other; and

2. Either party to this stipulation may submit and file this stipulation with the United States District Court for the District of New Jersey.

3. Facsimile, electronic and/or PDF signatures shall be deemed originals for the purposes herein.

Dated: May 19, 2017                                                    Dated: May 19, 2017


/s/ Yaakov Saks, Esq.                                                  /s/ Victor L. Matthews
YAAKOV SAKS, ESQ.                                                      VICTOR L. MATTHEWS, ESQ.
RC Law Group, PLLC                                                     McGlinchey Stafford
285 Passaic Street                                                     112 West 34th Street, Suite 1515
Hackensack, NJ 07601                                                   New York, NY 10120
Phone: 201-282-6500                                                    Tel: 646-362-4040
Fax: 201-282-6501                                                      Fax: 646-417-6719
Email: ysaks@rclawgroup.com                                            Email: vmatthews@mcglinchey.com
*Attorneys for Plaintiff Mayra Gatica*                                 *Attorneys for Defendants Comenity Bank*