

**ATTORNEYS AT LAW**

ALABAMA · CALIFORNIA · FLORIDA · LOUISIANA · MISSISSIPPI · NEW YORK · OHIO · TEXAS · WASHINGTON, DC

VICTOR L. MATTHEWS
Tel: (646) 362-4040
Fax: (646) 417-6719
vmatthews@mcglinchey.com

May 22, 2017

Magistrate Judge Mark Falk
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

*VIA FAX & ECF*

    RE: Mayra Gatica v. Comenity Bank
       Civil Action No. 17-cv-00688-WJM-MF

Dear Magistrate Judge Falk:

  This firm represents defendant Comenity Bank in the above-referenced action. We write to notify the Court that this matter has been discontinued. The Stipulation to Discontinue Action, executed by the respective attorneys for plaintiff Mayra Gatica ("Plaintiff") and defendant Comenity Bank ("Defendant"), has been filed (**Doc. No. 8**).

  This matter is now resolved and, pursuant to the Stipulation to Discontinue Action, the parties respectfully request that the Court enter an administrative termination order and cancel the appearance scheduled for May 26, 2017.

  Thank you in advance for your anticipated courtesies. If you have any questions, please feel free to contact us.

                Sincerely,
                **MCGLINCHEY STAFFORD**


                /s/ Victor L. Matthews
                Victor L. Matthews

*cc*: Yaakov Saks [via email]
   Chambers [via fax]

112 West 34th Street, Suite 1515 • New York, NY 10120 • (646) 362-4000 • Fax (646) 607-4464 • www.mcglinchey.com

McGlinchey Stafford PLLC in Alabama, Florida, Louisiana, Mississippi, New York, Ohio, Texas, and Washington, DC.
McGlinchey Stafford LLP in California.